# COMPLAINT

(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Beau D. Jammes

v.

(Full name of defendant(s))

Outagamie county

Case Number:

_____
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __644 Maxon st Wapaun WI 53943__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Outagamie county__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 1\9\16 Judge Vincent R Biskupic unlawfully stayed a portion of my Jail sentence for 19 months this happen In Branch 6 of outagamie court house IN appleton

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $1,000,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like a award of 1,000,000$ for pain and suffering mental stress lost of wages loss of employment loss off housing

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES            ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __24__ day of __March__ 20_18_.

Respectfully Submitted,

_Beall Jammus_
Signature of Plaintiff

_623219_
Plaintiff's Prisoner ID Number

_Dodge correctional institute PO Box 700_
_Wapaun Wi 53963_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.