## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

April 2, 2018

Beau D Jammes #623219
Dodge Correctional Institution
PO Box 700
Waupun, WI 53963-0700

Re: Jammes v. Outagamie County
Case No: 18-CV-493

Dear Mr. Jammes,

The Prison Litigation Reform Act requires that you file a certified copy of your prison trust account statement for the **preceding six months** showing all transactions including deposits, withdrawals and balances. Please file your statement for the period of **October 2017 through the present** within 21 days. (If you've been incarcerated for less than six months, provide a statement that covers those months. If you have been incarcerated at more than one institution during the last six months, please provide statements from each institution).

Each institution has procedures you must follow to obtain this statement. Ask the business office how to properly request the certified copy of your trust account statement for filing with the district court. Attaching this letter to your request may assist the business office in knowing what is required.

Very truly yours,

STEVEN C. DRIES
Clerk of Court

s/T. Byal
Deputy Clerk