State of Wisconsin Eastern district court

Beau D Jammes
Plaintiff                              Case no. 18-cv-493
V.
State of Wisconsin
Appleton Police department
Outagamie county, Vincent biskupic
Defendent(s)

Motion for Appointment of counsel

The Plaintiff, Proceeding pro se in the above-captioned action, Respectfully ~~Req~~ Requests that this court appoint legal counsel to Represent him. In support of this motion the Plaintiff states the following facts:

1) I Beau D Jammes am the above-named Plaintiff in the instant case. by the facts set forth in my oringinal and amended complaints, I believe that I am entitled to Relief, and that my claim's have legal merit.

2) I do not possess adequate ~~funds~~ funds to Retain legal counsel on my behalf. Nor do I possess the necessary skills to fully Prosecute this action on my own. Due to my psychological condition and general lack of education, I cannot provide the level of legal talent necessary to prevail on my claims.

3) whereas I previously had the assistance of others Inmates in drafting my pleadings, I can no longer Rely on such help, and I have infact had to seek extra assistance for the purpose of filing this motion

For these reasons, I ask that the courts grant my Request for counsel in the interest of Justice
Respectfully Beau Jammes

Case 2:18-cv-00493-JPS   Filed 05/10/18   Page 1 of 1   Document 11