United States District Court
Eastern District
1st Amended Complaint

Date May 6th 2018

Beau D Jammes
Plaintiff

Case No: 18-cv-493

State of Wisconsin
Appleton Police Department
Outagamie court
Vincent Biskupic



On or about the 16th of october 2015 the appleton police department arrested me on charges which were later dismissed in outagamie District court without prejudice at the time of my arrest. I was on Probation for disorderly conduct and Resisting arrest in the forementioned county. I was to be on probation for 1 year from may 5th 2015 to may 5th 2016, and would have only 7 months left on that probation. Yet even where the charges were dismissed in district court, and where I was in compliance to all the conditions of my Probation. Judge Vincent R. biskupic of the ~~dismiss~~ outagamie district court, IN spite of the dismissed charges and my compliance to the term of my Probation I was placed on a defacto term of probation for 19 months in a addition to the 6 months which Remained on the original term of Probation. It was stated that This defacto term of probation was added in order to monitor my behaviors where later I appealed to the State appellate court the added defacto term of ~~probation~~ Probation witch was illegal. There for I am seeking to have this court allow me to pursuit this claim against The state of wisconsin, Appelton police department, Outagamie county, Judge Vincent R biskupic for violation of my civil rights

Respectfully Beau Jammes
    Beau Jammes