OFFICE OF THE CLERK  5-16-18
UNITED STATES DISTRICT COURT  PAGE 1 OF 3
EASTERN DISTRICT OF WISCONSIN
362 U.S. COURTHOUSE  Case # 18-CV-493
517 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

BEAU D. JAMMES #632219

JACKSON CORR. INST.

P.O. BOX 233

BLACK RIVER FALLS, WI 54615

U.S. District Court
Wisconsin Eastern
MAY 21 2018
FILED
Stephen C. Dries, Clerk

RE: A CIVIL ACTION

DEAR SIR/MS:

ON OR ABOUT THE 16TH OF OCTOBER, 2015 THE APPLETON POLICE DEPARTMENT ARRESTED AND DETAINED ME ON CHARGES WHICH WERE LATER DISMISSED IN DISTRICT COURT WITHOUT PREJUDICE. AT THE TIME OF MY ARREST I WAS ON PROBATION FOR DISORDERLY CONDUCT AND RESISTING ARREST IN THE AFOREMENTIONED COUNTY. I WAS TO BE HELD ON PROBATION FOR ONE (1) YEAR, AND WOULD HAVE HAD ONLY SIX (6) MONTHS AVAILABLE ON THAT PROBATION. YET EVEN WHERE THE CHARGES OF THE PREVIOUSLY MENTIONED CHARGES WERE DISMISSED, IN DISTRIC COURT, AND WHERE I WAS IN COMPLIANCE WITH

OR TO ALL OF THE CONDITIONS OF MY PROBATION, JUDGE VINCENT R. BISKUPIC OF THE OUTAGAMIE DISTRICT COURT, IN SPITE OF THE DISMISSED CHARGES AND MY COMPLIANCE TO THE TERMS OF PROBATION, PLACED ME ON A "DEFACTO" PROBATION FOR 19 MONTHS IN ADDITION TO THE 6 MONTHS STATED, WHICH REMAINED ON THE ORIGINAL TERM OF PROBATION. IT WAS STATED THAT THIS DEFACTO PROBATION WAS ADDED IN ORDER TO MONITOR MY BEHAVIORS, WHEREUPON I APPEALED TO THE STATE APPELLATE COURT. THE ADDED DEFACTO PROBATION, WHICH WAS STATUTORILY ILLEGAL. THE RULING WAS IN MY FAVOR.

WHAT I SEEK IS TO HAVE THIS COURT ALLOW ME TO PURSUE THIS CLAIM AGAINST JUDGE VINCENT BISKUPIC FOR ACTING ARBITRARILY, CAPRICIOUSLY, UNCONSTITUTIONALLY, AND IN COMPLETE VIOLATION OF STATE AND FEDERAL LAWS. IT IS MY INTENT TO SUE MR BISKUPIC ON A THEORY OF WILLFUL AND WANTON NEGLIGENCE, AN EXEMPTION TO ABSOLUTE IMMUNITY.

1) DEFACTO TERM OF PROBATION
2) WHICH IS THE EQUIVALENT AND COMMENSURATE TO UNLAWFUL ARREST
3) 4TH AMENDMENT VIOLATIONS

4) JUDGE BISKUPIC, IF THIS SUIT IS PERMITTED TO PROCEED, WILL BE SUED FOR ACTING OUTSIDE OF THE COLOR OF LAW, ARBITRARY AND CAPRICIOUS ACTION IN VIOLATION OF BOTH FEDERAL AND STATE LAWS, AND OF WILLFUL AND WANTON NEGLIGENCE AN EXCEPTION OF ABSOLUTE IMMUNITY.

SINCERELY,

BEAU JAMMES