May 30th 2018

Beau D. Jammes

v

Outagamie County

18-cv-493

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 JUN -4 A 11: 51
STEPHEN C. DRIES
CLERK

I Beau D Jammes is writing you to ask Respectfully to Request if Possible for a copy of all Documents in this case # 18-cv-493 begining from May 1st 2018 to June 1st 2018. I am also Requesting a update on my motion for appointment of Council. Since I am a Inmate who is corrently Pro se Residing at Jackson correctional insitution. my only way of communication is by mail. If you could Please Respond by June 13th 2018. I would vary much appreciate it. Since I have not heard from the courts since April 20th 2018. Pretaining the prefiling fee of $16.58 which has been paid in full prior to the Dead line of May 10th 2018. please Respond back via BY Mail to.

Beau Jammes # 623219
Jackson Corr insitution
Po Box 233
Wisconsin 54615


cc
Clerk of court
Judge David E Jones
Beau Jammes

May 30th 2018

Beau D Jammes

V

Outagamie county

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 JUN -4 A 11: 51
STEPHEN C. DRIES
CLERK

Case # 18-CV-493

I Beau D Jammes is writing you to ask Respectfully to Request if possible for a copy of all Documents in this case # 18-CV-493. Begining from May 1st 2018 to June 1st 2018. I am also Requesting a update on my motion for appointment of council. Since I am a INmate who is corrently pro se Residing at Jackson correctional insitution. My only way of communication is by mail. If you could please Respond by June 13th 2018. I would vary much appreciate it. Since I have not heard from the court's since April 20th 2018. Pretaining the prefiling fee of $16.58 which has been paid in full prior to the dead line of may 10th 2018. Please Respond back via BY mail to

Beau Jammes # 623219
Jackson corr insitution
Po Box 233
Wisconsin 54615


cc
clerk of court's
Judge David E Jones
Beau Jammes