IN The United States Courts
FOR The Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 JUN 18 P 1:17
STEPHEN C. DRIES
CLERK

Beau D Jammes
Plaintiff                              Summons

                                Civil Action No 18-CV-493

Outagamie County
Judge Vincent R. Biskupic
Appleton Police Department
Deffendents


   TO The Above-Named Deffendents
You are Hereby summoned and Required to serve upon Plaintiff, whose address is
Jackson Correctional Institution PO Box 233
Black River falls WI 54615
an answer to the complaint which is served upon you within 20 days after service of this summons upon you, Excusive of the Day of service or 60 Days If The U.S. Goverment or officer\Agent Thereof is a defendent If you fail To do so Judgement by default will be Taken against you for the Relief demanded IN The complaint


Clerk of Courts
Date