

offfice of the clerk
united states district courts
easter district of wisconsin
362 u.s. court house
517 e wisconsin avenue
milwaukee wisconsin 53202

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 JUL -9 P 2:30
STEPHEN C. DRIES
CLERK

3RD amended complaint
case #18_cv_493

plaintiff
beau jammes
of jackson corr inst
black river falls wisconsin 54615
p.o.box 233

defendent,s
judge vincent r biskupic
of outagamie county courts
john doe 1
john doe 2
john doe 3
of appleton police department

on or about the 12th of october 2015 the appleton police department arrested me on case # 15-cm-1141and detained me on charges.at this time of my arrest i was thrown against the wall by john doe1,johndoe 2, john doe 3 of appleton police department.case #15-cm-1141 was dismissed with out prejudice. At the time of my arrest on case # 15cm-1141 i was on probation for case#15-cm-05 as of 5-5-15. ON december 1st 2015 i was revoked from probation for case number 15-cm-1141.on december9 2015 on case # 15-cm1141 the case was dismissed with out prejudice. witch was 8 days after being revoked for case #15-cm-05.on january 19the 2016 for case #15-cm-05 the remaining sentence was stayed pending review hearings.after 19 months of review hearings i was sentence back to do my time for case # 15-cm05 on 9/08/2016 the judge in both cases mentioned was the same judge vincent r biskupic

#####
plaintiff
beau jammes at jackson correctional institution black river falls wisconsin
p.o box 233 54615

deffendent
judge # vincent r biskupic of outagamie circuit court in appleton wisconsin
defendent
john doe 1 # of appleton police department appleton wisconsin
deffendent
john #### doe#2 of appleton police department in appleton wisconsin
deffendent
john doe #3of the appleton police department of appleton wisconsin

deffendents
john doe 1
john doe 2
john doe 3
violated my 4th ammendment by illegal search and siezar and my 8th amenmentwas violated also by crual and unusal punishment by throwing me against the wall

defendent
judge vincent r biskupic violated my 5th amenment by sentencing me twice which is double jeaperdy and my 14th amendment by due process

sign _Beuu Jarmet_    dated 6/29/18