DES

Office of the clerk
United states District courts
Eastern District of Wisconsin
362 U.S. court house
517 E Wisconsin avenue
Milwaukee wi 53202

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 JUL 27 P 2:42
STEPHEN C. DRIES
CLERK

Amended complaint 4th
case # 18cv493

Plaintiff
Beau D. Jammes
Jackson correctional instution
P.O. Box 233
Black Rivel falls wi 54615

Deffendent's
Judge Vincent R. Biskupic
of outagamie county circuit court's
John Doe 1
John Doe 2
John Doe 3
of appleton Police Department

On or about October 12th, 2015, The appleton Police Department unlawfully arrested and detain Beau D. Jammes, By John Doe 1, John Doe 2, John Doe 3. of the appleton Police Department, at the Time of

Beau D. Jammes arrest John Doe 1, John Doe 2 John Doe 3 throw Mr Jammes into the wall repeatedly at the salvation army in appleton wisconsin before notifying Mr. Jammes that they was police of appleton police department. John Doe 1, John Doe 2, John Doe 3 was in plain cloths. Mr Jammes was arrested for case# 15cm1141, disorderly conduct use of a dangrous weopen, and a probation warrent. Mr Jammes was on probation for case# 15cm05. Will falsley in prison for case# 15cm1141 Mr Jammes repeatedly told his probation agent he was innocent on october 30, 2015 his probation agent decided to revoke Mr Jammes. Mr Jammes went infront of Judge Biskupic on December 1st, 2015 Mr Jammes again told the Judge this time He was innocent to give him 8 Days He could prove it Because Mr Jammes was infront of Judge Biskupic for case# 1141 for Jury trial on December 9th, 2015. Judge Biskupic still revoked Mr Jammes on December 1st, 2015 telling him if he beats his case to petition to come back to court. That he will either release him or make him finish his time. on December 8th, 2015 Mr Jammes and his attorny finuly reviewed the

Video's where in his police report was said he held a switch blade in his right hand. in the video no where could you see mR Jammes Raise his Right hand or be in prossion of a switch blade. on December 9th, 2015 charges was Dismissed with out prejudice. for case# 15cm1141 on Janaury 19th 2016 mR Jammes went Back infront of Judge Biskupic for case #15cm05. Judge then placed him on a stayed sentence pending Review hearings which is a unlawful term of probation on september 8th 2017 mr Jammes was sentence to finish the 1 year in county with good time which is 9 months from December 1st, 2015 after he was already Revoked for that case. mR Jammes appealed the case unfortantly By the time His attorny got the case. He finished his time already, so the case was moot. I Beau D Jammes there for ask the courts to Allow me to pursue this claim against Judge Vincent R Biskupic, John Doe 1 John Doe 2, John Doe 3 for acting Arbitrally, capriciously, unconstitutionally and in complete violation of state and federal laws It is my intent to sue Judge Vincent R Biskupic John Doe 1, John Doe 2, John Doe 3. on a theory of willful and wanton negligence an Excemption To absulute immunity. for the following Reasons

1.) my 4th amendment was violated when I was falsly arrested By John Doe 1, John Doe 2 John Doe 3 of appleton Police Department

2.) my 8th amendment was violated when I was thrown into the wall Repeatedly By John Doe 1, John Doe 2, John Doe 3 of appleton Police department

3.) my 5th amendment was violated when Judge Biskupic sentence me Twice to Probation and county time on case # 15cm05

4.) my 14th amendment was violated when Judge Biskupic violated Due Process

Beall James                                   7/24/18