September 12, 2018

United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 SEP 17 P 1:40

STEPHEN C. DRIES
CLERK

Re: Beau D. Jammes v. Outagamie Cnty, et al.
Case No. 18-cv-493-DEJ

Dear Clerk:

I am writing to inquire as to the status of the above-referenced case and to determine the status of screening of the Fourth Amended Complaint. Also, can you please send me a docket record. Thank you for your attention to this matter.

Respectfully yours,

Beau Jammes

Beau D. Jammes #62319
Jackson Correctional Institution
P.O. Box 233
Black River Falls, WI 54615