18-C-493 PEJ

TO: Clerk of courts

From prose Beau JAmmes

I sent you ~~amended~~ A Amended complaint also with that complaint I sent A paper Requesting an updated Docket Report could you please send me A updated Docket Report to

Beau D JAmmes 423219
Jackson correctional instution
PO Box 233
Black River falls
Wi 54615

12/5/18

Beau Jammes

Case 2:18-cv-00493-JPS   Filed 12/10/18   Page 1 of 1   Document 22