UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BEAU D. JAMMES,

    Plaintiff,

v.                                                        Case No. 18-cv-493-pp

VINCENT R. BISKUPIC,
and JOHN DOES 1-3,

    Defendants.

---

## ORDER OF RECUSAL

---

Under 28 U.S.C. §455(a) and Canon 3(C)(1) of the Code of Conduct for United States Judges, I recuse myself from further participation in this case.

The court **ORDERS** that the Clerk of Court randomly assign this case to another Judge in the Eastern District of Wisconsin.

Dated in Milwaukee, Wisconsin this 10th day of January, 2019.

                                                                **BY THE COURT:**

                                                                **HON. PAMELA PEPPER**
                                                                **United States District Judge**