UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BEAU D. JAMMES,

          Plaintiff,

                                    Case No. 18-CV-493

vs.

SGT. MCQUAID, OFFICER MEDINA,
and OFFICER RYAN,

          Defendants.

---

### DEFENDANTS SGT. MCQUAID, OFFICER MEDINA AND OFFICER RYAN'S DISCLOSURE STATEMENT PURSUANT TO CIVIL LOCAL RULE 7.1 AND FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1

---

      Defendants, Sgt. McQuaid, Officer Medina and Officer Ryan, by their attorneys, Gunta Law Offices, S.C., hereby provide the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

**(1)** **The full name of every party or amicus the attorney represents in the case:**

    A)    Sgt. McQuaid

    B)    Officer Medina

    C)    Officer Ryan

**(2)** **If such party or amicus is a corporation:**

    A)    Any parent corporation:    **None**

    B)    Any publicly held corporation owning 10% or more of the company's stock:

           **None**

**(3)** **The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:**

    A)    Gunta Law Offices, S.C.

Dated at Wauwatosa, Wisconsin, this 10th day of April, 2019.

                                        GUNTA LAW OFFICES, S.C.
                                        Attorneys for Defendants

                       By:    /s/ Jasmyne M. Baynard
                              Gregg J. Gunta WI State Bar No. 1004322
                              Ann C. Wirth WI State Bar No. 1002469
                              John A. Wolfgang WI State Bar No. 1045325
                              Jasmyne M. Baynard WI State Bar No. 1099898
                              9898 West Bluemound Road, Suite 2
                              Wauwatosa, Wisconsin 53226
                              T: (414) 291-7979 / F: (414) 291-7960
                              Email: gjg@guntalaw.com
                                              acw@guntalaw.com
                                              jaw@guntalaw.com
                                              jmb@guntalaw.com