# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BEAU D. JAMMES,

              Plaintiff,

v.

SERGEANT MCQUAID, OFFICER MEDINA, and OFFICER RYAN,

              Defendants.

Case No. 18-CV-493-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Docket #53) be and the same is hereby **GRANTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_J.P. Stadtmueller_
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court
s/ *Jodi L. Malek*
By: Deputy Clerk

February 28, 2020
Date